BARRY J. PORTMAN
Federal Public Defender
NICHOLAS P. HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

*E-FILED - 4/20/09*

Counsel for Defendant ORDAZ-CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE IGNACIO ORDAZ-CABRERA, <br> Defendant. | No. CR 09-00258-RMW <br><br> **STIPULATION TO CONTINUE HEARING; [] ORDER** |

Defendant, Jose Ignacio Ordaz-Cabrera by and through his attorney Nicholas P. Humy, and the United States, by and through Assistant United States Attorney Chad Mandell, hereby stipulate and agree to request that the Court continue the status conference currently set for Monday, April 20, 2009, in the above captioned matter to Monday, April 27, 2009, at 9:00 a.m. The continuance is necessary due to the unavailability of counsel for Mr. Ordaz-Cabrera.

The parties further agree and stipulate that time should be excluded from and including April 20, 2009 through and including April 27, 2009, for continuity of defense counsel, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly, the United States and

///

///

1 | the defendant agree that granting the requested exclusion of time will serve the interest of justice
2 | and outweigh the interest of the public and defendant in a speedy trial.
3 |
4 | Dated: 4/17/09                                    _____/s/_____
                                                       NICHOLAS P. HUMY
5 |                                                    Assistant Federal Public Defender
6 |
  | Dated: 4/17/09                                    _____/s/_____
7 |                                                    CHAD MANDELL
                                                       Assistant United States Attorney
8 |
9 |
10 |                                **ORDER**
11 |     The parties have requested a continuance of the status conference set for Monday, April
12 | 20, 2009, due to the unavailability of defense counsel.
13 |     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
14 | presently set for, Monday, April 20, 2009, be continued to Monday, April 27, 2009 at 9:00 a.m.
15 |     IT IS FURTHER ORDERED, that the time between, April 20, 2009 through
16 | April 27, 2009, shall be excluded for continuity of defense counsel, pursuant to Speedy Trial
17 | Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).
18 |     IT IS SO ORDERED.
19 |
20 | Dated: 4/20/09                                    _/s/ Ronald M. Whyte_____
                                                       RONALD M. WHYTE
21 |                                                    United States District Judge
22 |
23 |
24 |
25 |
26 |

STIPULATION TO CONTINUE HEARING;
[] ORDER
CR 09-00258-RMW                              2