1

2

3                                          *E-Filed on: 3/21/11*

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. CR-09-00258-RMW

12            Plaintiff/Respondent,         (Related to C-10-00633-RMW)

13   v.                                     ORDER DENYING CERTIFICATE OF
                                            APPEALABILITY
14   JOSE IGNACIO ORDAZ-CABRERA,
                                            [Docket # 28]
15            Defendant/Movant.

16

17        On August 2, 2010 the court summarily denied Ordaz-Cabrera's motion under 28 U.S.C. §

18   2255.  The court neglected to rule on whether he was entitled to a certificate of appealability as

19   required by Rule 11(a) of the Rules Governing Section 2255.  The court does so now and denies a

20   certificate.  Movant has failed to make a substantial showing that he was denied his constitutional

21   rights or that a reasonable jurist would find the denial of his claim debatable or wrong. *See Slack v.*

22   *McDaniel*, 529 U.S. 473, 484 (2000).  Consequently, no certificate of appealability is warranted in

     this case.
23
          This order moots movant's requst to proceed in *forma pauperis* and be provided with various
24
     court filings.
25
          DATED: 3/21/11
26
                                            _Ronald M Whyte_
27                                          _____
                                            RONALD M. WHYTE
28                                          United States District Judge

1

2  Copy of Order E-filed to Counsel and Mailed:

3  Jose Ignacio Ordaz-Cabrera
   Reg. No. 13023-111
4  California City Correctional Center
   P.O. Box 3001-001
5  California City, CA 93504

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NO.  CR-09-00258-RMW

(Related to: C-10-00633-RMW)

ORDER DENYING CERTIFICATE OF APPEALABILITY